IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CORBIN J. THOMPSON,

      Petitioner,

      v.

CAROLYN W. COLVIN,

      Respondent.

Civ. No. 3:12-cv-01865-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and
Recommendation, and the matter is now before this court. See 28
U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Petitioner filed
objections and I have reviewed the file of this case de novo. 28
U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus.
Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

1 - OPINION AND ORDER

I have given this matter *de novo* review.  I find no error.
Accordingly, I ADOPT the Report and Recommendation (#31).  The
decision of the administrative law judge is affirmed and the case
is dismissed.

IT IS SO ORDERED.

DATED this ___24___ day of July, 2014.

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER